# United States Court of Appeals

## For the First Circuit

No. 16-1049

JASON BOUDREAU,

Plaintiff, Appellant,

v.

STEVE LUSSIER; JOHN LUSSIER; STEVE SOREL; KEVIN PETIT;
OFFICER KIM CARROLL; OFFICER NATHAN BAGSHAW; SERGEANT WELLER;
CITY OF CRANSTON; CITY OF WARWICK; DONALD LUSSIER,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on August 21, 2018 is amended as follows:

On page 1 of the coversheet, insert "[Hon. William E. Smith, U.S. District Judge]" below "For the District of Rhode Island"

On page 21, line 14, delete the word "material" prior to "misrepresentations and omissions"